

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 10, 2024

**By ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED.

Re:   *Amina Hamidu v. United States of America*, No. 24 Civ. 1841 (DEH) (OTW)

Dear Judge Wang:

This Office represents the United States of America (the "Government") in the above-referenced action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 *et seq*. We write to respectfully request an extension of time for the parties to submit a proposed Case Management Plan and Scheduling Order, and a continuance of the initial conference scheduled for May 9, 2024. *See* ECF No. 10.

The reason for this request is that the parties believe it would be most efficient to allow the Government to answer or otherwise respond to the complaint before commencing discovery. The Government was served with the complaint on March 19, 2024. Accordingly, under Federal Rule of Civil Procedure 12(a)(2), the Government has until May 20, 2024 to respond.

This is the Government's first request for an extension of these deadlines. Plaintiff consents to the requested extensions.

We thank the Court for its consideration of this request.

**Application GRANTED. The Initial Conference scheduled for May 9, 2024 is ADJOURNED to Tuesday, June 4, 2024 at 10:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**SO ORDERED.**

_____
Ona T. Wang      4/11/24
U.S.M.J.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Danielle J. Marryshow
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2689
danielle.marryshow@usdoj.gov

cc: Counsel for Plaintiff (By ECF)