

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2024

**By ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED.

  Re: *Amina Hamidu v. United States of America*, No. 24 Civ. 1841 (DEH) (OTW)

Dear Judge Wang:

  This Office represents the United States of America (the "Government") in the above-referenced action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* We write to respectfully request that the Court adjourn the currently scheduled July 9, 2024 initial conference, as well as the deadline for the parties to submit a joint letter and proposed Case Management Plan to a date after the Court resolves the pending motion to dismiss, if necessary.

  The reason for this request is that on June 18, 2024, the Government filed a motion to dismiss the Complaint for lack of subject matter jurisdiction. *See* Dkt. No. 19. The Government respectfully submits that adjournment would further the interests of preserving the Court's and the parties' time and resources in light of the pending dispositive motion.

  There have been two prior requests for an extension of the time for the parties to submit a joint letter and proposed Case Management Plan and Scheduling Order and for a continuance of the initial conference. Plaintiff consents to the requested extensions.

  We thank the Court for its consideration of this request.

Application **DENIED.** Plaintiff's counsel should be prepared to discuss subject matter jurisdiction at the July 9, 2024 conference.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

**SO ORDERED.**

By: /s/ Danielle J. Marryshow
   DANIELLE J. MARRYSHOW
   Assistant United States Attorney
   86 Chambers Street, Third Floor

Ona T. Wang   6/28/24
U.S.M.J.

   New York, NY 10007
   Tel: (212) 637-2689
   danielle.marryshow@usdoj.gov

  cc: Counsel for Plaintiff (By ECF)