UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMINA HAMIDU,

               Plaintiff,

               -against-

UNITED STATES FEDERAL COURTHOUSE, et al.,

               Defendants.
-----------------------------------------------------------x

24-CV-1841 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

An Initial Case Management Conference was held on July 9, 2024. This action is hereby **STAYED** to **July 23, 2024**. No discovery will take place during this time.

The parties are directed to file, by **July 23, 2024**, either: (1) a stipulation voluntarily dismissing this action, pursuant to Fed. R. Civ. P. 41(a); or alternatively (2) a joint status letter detailing how the parties plan to proceed.

If the joint status letter indicates that the parties intend to proceed, then Plaintiff's opposition to Defendant's motion to dismiss (ECF No. 19) will be due **July 30, 2024**, and Defendant's reply will be due **August 9, 2024**.

      **SO ORDERED.**

                                                              _s/ Ona T. Wang_
Dated: July 9, 2024                                    **Ona T. Wang**
      New York, New York                    United States Magistrate Judge